618

*Mr. Frederick H. Wood* for petitioners. *Mr. Marcy K. Brown, Jr.,* for respondent.

No. 463. JEFFERS *v.* BANKERS LIFE Co. November 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James B. Lewright* for petitioner. *Messrs. R. B. Alberson, Charles L. Black,* and *Ireland Graves* for respondent.

No. 466. FIREMEN'S INSURANCE Co. *v.* FOLLETT ET AL. November 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Frederick D. Silber* and *Herbert W. Hirsh* for petitioner. *Mr. John A. Brown* for respondents.

No. 476. GENERAL GAS & ELECTRIC CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. November 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Donald V. Hunter, Francis J. Sweeney,* and *C. Edward Paxson* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key, Joseph M. Jones,* and *H. Brian Holland* for respondent.

Nos. 497 and 498. JONESBORO COMPRESS Co. *v.* MENTE & Co., INC. November 19, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. S. M. Casey* and *Shields M. Goodwin* for petitioner. *Messrs. W. R. Roddy* and *J. W. House* for respondent.